NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E. HAFFNER FOURNIER, JOANNE D. FOURNIER, JOAN HEARLEY (INDIVIDUALLY AND AS TRUSTEE OF THE HEARLEY FAMILY TRUST), KEVIN P. REGAN, SHARON M. REGAN, ROBERT L. SPERLING, DARLENE J. SPERLING, JEFFREY STRUIKSMA AND CYNTHIA STRUIKSMA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5056

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-933, Judge Thomas C. Wheeler.

---

**ROBERT G. MARTIN AND BERNICE V. MARTIN,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5057

Appeal from the United States Court of Federal Claims in case no. 03-CV-2272, Judge Edward J. Damich.

---

**IRA H. BARRY, JANE E. BARRY, WADE E. BOGGS, DEBORAH A. BOGGS, THOMAS V. CHOREY, JR., BETTYE JEANNE CHOREY, DONALD HOLLY, ROSEANNE HOLLY, CHARLES H. JOHNSON, KAY A. JOHNSON, EDWARD J. MATONICH, JUDITH R. MATONICH, LAWRENCE R. SPIETH, ANNE T. SPIETH, THOMAS STAUFFACHER, LINDA STAUFFACHER, RICHARD L. WAKENIGHT AND PATRICIA R. WAKENIGHT,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5071

---

Appeal from the United States Court of Federal Claims in case no. 03-CV-200, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**ORDER**

The appellants move without opposition for an extension of time, until May 14, 2012, to respond to the appellee's motion for summary affirmance.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas E. Redding, Esq.
     Steven K. Uejio, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK